IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03033-BNB

GARY WAYNE TURNER,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director of C.D.O.C.,

    Defendant.

SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Gary Wayne Turner, is in the custody of the Colorado Department of Corrections and is incarcerated at a state correctional in Sterling, Colorado. Originally, Mr. Turner filed a pleading titled "Petition for Writ of Habeas Corpus Pursuant to C.R.S. 13-45-101." The Court reviewed the pleading and determined that Mr. Turner is challenging the conditions of his confinement and not the validity or execution of his conviction and sentence. On November 23, 2011, the Court directed Mr. Turner to file his claims on a Court-approved form used in filing prisoner complaints and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    Rather than comply with the November 23 Order, Mr. Turner submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on December 16, 2011. Again, the claims Mr. Turner states in the Application more properly are raised in a prisoner complaint. Accordingly, it is

ORDERED that Mr. Turner cure the deficiencies designated above by filing a Prisoner Complaint and either by paying the $350.00 filing fee or by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 **within thirty days from the date of this Order**. It is

FURTHER ORDERED that Mr. Turner shall obtain the Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a Prisoner Complaint form (with the assistance of his case manager or the prison facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Turner fails within the time allowed to cure the designated deficiencies the action will be dismissed without further notice.

DATED December 19, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge