IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03033-PAB-MJW

GARY WAYNE TURNER,

Plaintiff(s),

v.

LIEUTENANT FELZIEN,
NORRIS, Case Manager I,
PETERSON, Case Manager II,
LONG, Case Manager III,
KEVIN MILYARD, Warden,
JOHN CHAPDELAINE, Asst. Warden,
MAYOR KENNETH WILDENSTEIN, and,
WEST WILSON, CM III,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion for Discovery (Docket No. 33) is denied as premature.  Defendants were only very recently served with process (see Docket Nos. 30 and 31), and thus no appearance has yet been entered on their behalf.

Date: June 15, 2012