**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03033-PAB-MJW

GARY WAYNE TURNER,

      Plaintiff,

v.

LIEUTENANT FELZIEN,
CASE MANAGER 1 – NORRIS,
CASE MANAGER II – PETERSON,
CASE MANAGER III – LONG,
KEVIN MILYARD, Warden,
JOHN CHAPDELAINE, Asst. Warden,
MAJOR KENNETH WILDENSTEIN, and
WEST WILSON, CMIII,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 53] of Judge Philip A. Brimmer entered on March 15, 2013 it is

**ORDERED** that the Magistrate Judge's Recommendation on Defendant's Motion to Dismiss [Docket No. 39] [Docket No. 47] is **ACCEPTED**. It is further

**ORDERED** that defendants' Motion to Dismiss [Docket No. 39] is **GRANTED** and that this case is closed in its entirety.

    Dated at Denver, Colorado this 25th day of March, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler
                              Edward P. Butler, Deputy Clerk